# United States Court of Appeals
## For the First Circuit

No. 25-2238

RASHA ALAWIEH,

Petitioner - Appellant,

YARA CHEHAB, as next friend of Rasha Alawieh,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of U.S. Department of Homeland Security ("DHS"); RODNEY S. SCOTT, in the official capacity as Commissioner, U.S. Customs and Border Protection ("CBP"), TWEEDIE, Officer of U.S. Customs and Border Protection at the Boston Logan International Airport; KANE, Officer of U.S. Customs and Border Protection at the Boston Logan International Airport; CAROLINE R. TULLY, Officer of U.S. Customs and Border Protection at the Boston Logan International Airport; JOHN/JANE DOE, Acting Field Office Director of the Boston Field Office of U.S. Customs and Border Protection; TODD BLANCHE, Acting Attorney General, U.S. Department of Justice,

Respondents - Appellees,

MARCO RUBIO, U.S. Secretary of State; JOHN DOE, Field Director, CBP, Boston Field Office,

Respondents.

**ORDER OF COURT**
Entered: May 26, 2026
Pursuant to 1st Cir. R. 27.0(d)

Movant American Immigration Council's motion to extend time to file an amicus brief in support of the appellant is denied, without prejudice to refiling. The instant motion is premature because the appellant's brief has not been accepted for filing. See Fed. R. App. P. 31(a)(1) and 1st Cir. 31.0(a)(1).

By the Court:

Anastasia Dubrovsky, Clerk

cc:

Golnaz Fakhimi, Eric Thompson Lee, Sadaf Hasan, Mark M. Fleming, Reem Subei, Donald Campbell Lockhart, Michael P. Sady, Mark Sauter, Kelark Azer Habashi, Rayford A. Farquhar, Abraham R. George, Joshua Clem