# United States Court of Appeals
## For the First Circuit

No. 25-2238

RASHA ALAWIEH,

Petitioner - Appellant,

YARA CHEHAB, as next friend of Rasha Alawieh,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of U.S. Department of Homeland Security ("DHS"); RODNEY S. SCOTT, in the official capacity as Commissioner, U.S. Customs and Border Protection ("CBP"), TWEEDIE, Officer of U.S. Customs and Border Protection at the Boston Logan International Airport; KANE, Officer of U.S. Customs and Border Protection at the Boston Logan International Airport; CAROLINE R. TULLY, Officer of U.S. Customs and Border Protection at the Boston Logan International Airport; JOHN/JANE DOE, Acting Field Office Director of the Boston Field Office of U.S. Customs and Border Protection; TODD BLANCHE, Acting Attorney General, U.S. Department of Justice,

Respondents - Appellees,

MARCO RUBIO, U.S. Secretary of State; JOHN DOE, Field Director, CBP, Boston Field Office,

Respondents.

**ORDER OF COURT**

Entered: July 9, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, and upon review of the record in this case, Appellant Rasha Alawieh's motion to amend the case caption is granted. The following revised caption must be used on all papers filed in this case.

RASHA ALAWIEH,

Petitioner - Appellant,

v.

MARKWAYNE MULLIN, Secretary of U.S. Department of Homeland Security ("DHS"); RODNEY S. SCOTT, in the official capacity as Commissioner, U.S. Customs and Border Protection ("CBP"), TWEEDIE, Officer of U.S. Customs and Border Protection at the Boston Logan International Airport; KANE, Officer of U.S. Customs and Border Protection at the Boston Logan International Airport; CAROLINE R. TULLY, Officer of U.S. Customs and Border Protection at the Boston Logan International Airport; JOHN/JANE DOE, Acting Field Office Director of the Boston Field Office of U.S. Customs and Border Protection; TODD BLANCHE, Acting Attorney General, U.S. Department of Justice,

Respondents - Appellees,

MARCO RUBIO, U.S. Secretary of State; JOHN DOE, Field Director, CBP, Boston Field Office,

Respondents.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Golnaz Fakhimi, Eric Thompson Lee, Sadaf Hasan, Mark M. Fleming, Reem Subei, Donald Campbell Lockhart, Michael P. Sady, Mark Sauter, Kelark Azer Habashi, Rayford A. Farquhar, Abraham R. George, Joshua Clem, Cynthia D. Vreeland, Christina Luo